Ford Motor Company, Counterclaimant-Appellant, v.
Carlos Kendall, Counterdefendant-Appellee, and
Carl Herrmann, Crossdefendant-Appellee.

Term No. 58–O–18. 

Fourth District.

January 31, 1959.

Released for publication February 18, 1959.

 Alexander & Robertson, and Oehmke, Dunham &
Boman (John W. Leskera, of counsel) for counter- and cross-
claimant-appellant; John S. Huber, for counterdefendant-appellee;
O'Connell & Waller (John F. O'Connell, of counsel) for cross-
defendant-appellee. Opinion by JUDGE CULBERTSON. Not to
be published in full.